UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | | |
|---|---|---|
| JEROME WILLIAM DEVEREAUX, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 3:05-cv-562 |
| | ) | *Phillips* |
| | ) | |
| JIM WORTHINGTON, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the petitioner's motion to substitute Warden David Mills for Warden Jim Worthington as respondent is **GRANTED**. Petitioner's motion for an evidentiary hearing and expansion of the record is **DENIED**. The petition for the writ of habeas corpus is **DENIED** and this action is **DISMISSED**. Should the petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is hereby **DENIED**. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**E N T E R:**

                                                                          s/ Thomas W. Phillips
                                                                       United States District Judge

ENTERED AS A JUDGMENT
    s/ *Patricia L. McNutt*
   CLERK OF COURT